**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**                    <u>IN CAMERA</u>

           **v.**                                        **CASE NUMBER:** 1:10CR43 MMP

**ROBERT ALEXANDER KRASNOW**
_____/

**MOTION REQUESTING AN ORDER**
<u>**SEALING THE INFORMATION**</u>

The United States of America requests this Court to issue an Order sealing the

Information filed by the United States Attorney in this case, and in support of this motion states

as follows:

1.      A co-defendant who will be charged by separate Indictment has not been arrested

as a result of the activities alleged in this Information.  The public revelation of this Information

could hamper law enforcement's ability to locate and apprehend the co-defendant to answer the

charges.

2.      The United States further moves the Court that the Information in this case shall

remain **sealed** until further written Order of this Court, except that the Clerk's Office shall

provide two certified copies of the Information to the United States Attorney for the Northern

District of Florida, two certified copies to the United States Marshal for the Northern District of

Filed 0824'10 USDCFln 1PM1201

Florida, and one certified copy to the United States Probation Office for the Northern District of Florida.

WHEREFORE, in order to arrest the co-defendant before the Information is made available to the public, it is respectfully requested that the Court order the sealing of the Information returned in this case and also keep this motion under seal until such time that the Information is made known to the public.

Respectfully submitted,

PAMELA C. MARSH
UNITED STATES ATTORNEY

s / *Corey J. Smith*
COREY J. SMITH
Assistant United States Attorney
Florida Bar No. 0120420
*111 North Adams Street, 4th Floor*
*Tallahassee, FL 32301*
*(850) 942-8430*

## ORDER

The government's motion is granted.

DONE AND ORDERED this the 25th day of August, 2010

UNITED STATES DISTRICT COURT JUDGE