IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                 CASE NO. 1:10-cr-00043-MP -GRJ

ROBERT ALEXANDER KRASNOW,

    Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 39, Motion to Modify Conditions of Release by Robert Alexander Krasnow. Defendant moves the Court to modify the terms of his release to permit travel outside Alachua County to attend his wife's immigration hearing in Jacksonville, Florida, on April 7, 2011. The Probation Office has indicated its ability to monitor Defendant's location via GPS during his trip. The government has not objected to this motion. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Motion to Modify Conditions of Release, Doc. 39, is GRANTED.

2. Defendant is permitted to travel to Jacksonville, Florida on April 7, 2011 to attend his wife's immigration hearing.

**DONE AND ORDERED** this __5th__ day of April, 2011

                                  *s/Maurice M. Paul*
                             Maurice M. Paul, Senior District Judge